UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVON FOUNTAIN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 3:23-cv-00071** |
| | * | |
| **WAL-MART LOUISIANA, LLC, D/B/A** | * | **JUDGE SHELBY D.** |
| **DICKS WAL-MART STORE #1102, and** | * | |
| **as STORE MANAGER OF WAL-MART** | * | **MAGISTRATE** |
| **STORE #1102 and their insured,** | * | **RICHARD L. BOURGEOIS,** |
| **JR. WAL-MART CLAIMS SERVICES,** | * | |
| **INCORPORATION** | * | **JURY TRIAL** |

**MOTION IN TO SUBSTITUTE INCORRECTLY FILED DOCUMENT**

NOW INTO COURT COMES, plaintiff, Devon Fountain, through undersigned counsel who respectfully tender this Motion to Substitute Document 16 which was incorrectly filed:

1.

Document 16 was incorrectly submitted with the wrong signature bar.

        Respectfully submitted,

        /s/ Shannon L. Battiste
        Shannon L. Battiste
        La. Bar Roll Number 30198
        12605 South Harrells Ferry Road
        Suite 5
        Baton Rouge, LA  70816
        Office (225) 721-0026
        Facsimile (844) 787-0048
        Email:  attorneybattiste@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 2nd day of November 2023.

        /s/Shannon L. Battiste