# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVON FOUNTAIN | CIVIL ACTION |
| VERSUS | 23-71-SDD-RLB |
| WALMART LOUISIANA, LLC ET AL. | |

## JUDGMENT

For the written reasons previously assigned:

*Judgment* is hereby entered in favor of Defendants, Wal-Mart Louisiana, LLC d/b/a Walmart Store #1102, Walmart Claims Services, Inc., and Gregory Rutherford, in his capacity as Store Manager of Walmart Store #1102, and against Plaintiff, Devon Fountain. Plaintiff's lawsuit is dismissed with prejudice.

Baton Rouge, Louisiana, this 3rd day of June, 2024.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**